IN THE
UNITED STATES
DISTRICT COURT
(TAMPA-DIVISION)

Thomas Cunningham

v.                                    CASE NO:

PINELLAS COUNTY          8:21-cv-2981-MSS-SPF
JUSTICE CENTER
(PCJC).

EMERGENCY MOTION
for a TRO ON BEHALF
of All Prisoners at
PCJC

NOW COMES UNITED STATES

FEDERAL PRISONER PRO-SE

OUT OF NECESSITY AND

moves this Honorable

Court ...

-1-

FOR A TRO - Prohibiting Pinellas County Justice Center (PCJC) from admitting COVID-19 positive prisoners into General Population states as follows;

1). ON 12-22-2021 prisoners housed in the Central 6C3 Unit of the (PCJC) were

Informed they are required to wear a mask within the day room. The OIC Officer In Charge — could not articulate any reason or justification for the mask-mandate. Notwithstanding, the housing unit adjacent to 6C3 which is — 6C4 is-placed on lock down quarantine

-3-

As of ..... the day prior, after requesting the PCJC in writing current status on COVID-19 infection rates at or within the jail, PCJC has refused to provide prisoners and their familys with any information regarding the current crisis within the jail.

-4-

2). Upon information and belief, after questioning prisoners admitted to unit 6C3 PCJC has not tested any prisoners for COVID prior to admitting them into general population.

3). A majority of prisoners housed in unit 6C3 are non-violent state prisoners and federal prisoners
-5-

awaiting trial or, sentencing or, USMS United States Marshal Service transfers as in Petitioner Cunningham's case.

4). PCJC is now acting in deliberate indifference to prisoners safety at PCJC as of this request for TRO. Petitioner now moves this

-6-

Honorable Court for an order prohibiting PCJC from admitting COVID positive prisoners from the intake location of the jail into the general population 6C3 or other un-infected portions of the jail.

I certify under penalty of perjury that the above is true under 28 USC 1746.

12-22-2021   Thomas Cunningham
#01263-424

Clerk of Court,                    12-22-2021

Thank you for your immediate attention. The jail refuses to make any photo copy of the request for Emergency TRO. Could you please provide a curtosy copy for my records.

Thank you.

Thomas Cunningham
#01293-424